Tisdale Lumber Company, Plaintiff, v. Read Realty Company, Appellant. Gustave A. Cooper, Respondent.— Judgment reversed and new trial granted, costs to abide the event, unless defendant Cooper stipulate within twenty days to reduce the judgment by deducting therefrom $273,

which sum represents interest laid upon interest on the claim; in which event the judgment as so modified is affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Rose Trupiano, an Infant, by Cono Macchuroli, Her Guardian ad Litem, Respondent, v. Michael Trupiano, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Minnie R. Vickers, as Administratrix, etc., of Berne Vickers, Deceased, Respondent, v. Midtown Contracting Company, Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.